Docusign Envelope ID: FDA84EB7-29DE-4E73-8D2E-7199D...

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Nebraska**
　　　　　　　　　(State)

Case number (*if known*): _____ Chapter _____

☐ Check if this is an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Gretna Plumbing and Drain Service LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 1 1 3 7 5 1 4 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 988 Burns Pl | |
| Number　Street | Number　Street |
| | P.O. Box |
| Gretna　　　NE　68028 | |
| City　　　State　ZIP Code | City　　　State　ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Sarpy | |
| County | Number　Street |
| | City　　　State　ZIP Code |

5. **Debtor's website (URL)**　www.gretnaplumbing.com

---

| Debtor | Gretna Plumbing and Drain Service LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY
        District _____  When _____  Case number _____
                                              MM / DD / YYYY

| Debtor | Gretna Plumbing and Drain Service LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number        Street

_____
City                            State ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| Debtor | Gretna Plumbing and Drain Service LLC | | Case number (if known)_____ |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☒ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☒ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/04/2025
MM / DD / YYYY

**X** John Ellis
297894CB64624E7...
Signature of authorized representative of debtor

John August Ellis
Printed name

Title  President

**18. Signature of attorney**

**X** _____
Signature of attorney for debtor

Date  6/4/2025
MM / DD / YYYY

Lauren Goodman
Printed name

McGrath North
Firm name

1601 Dodge Street
Number        Street

Omaha                          NE        68102
City                           State     ZIP Code

(402) 341.3700                 lgoodman@mcgrathnorth.com
Contact phone                  Email address

24645                          NE
Bar number                     State

---

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page **4**

Docusign Envelope ID: 0EEA628F-A159-4995-B8C9-D977643104DE

# United States Bankruptcy Court
### District of Nebraska

In re:  Gretna Plumbing & Drain Service LLC          Case No. _____
              Debtor(s)                              Chapter _____11_____

## VERIFICATION OF CREDITOR MATRIX

I, John Ellis, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

June 4, 2025_____        John Ellis                    President
Date                                        _____
                                            /
                                            Signer/Title

Ace Hardware
215 Enterprise Drive
Gretna, NE 68028


All American Publishing
5411 Kendall Street
Boise, ID 83706


American Marketing
PO Box 6683
Carol Stream, IL 60197


ASP
6620 NW Toni Drive
Des Moines, IA 50313


Azzure Capitol, LLC
18020 Avenue M
Suite #695
Brooklyn, NY 11230


Barclays
700 Kansas Ln.
Monroe, LA 71203


Blacktop Trucking
30 Main Street
Salisbury, MA 01952


Casa-Casa-Jewson - City of Omaha
1024 K Street
Lincoln, NE 68508


Centris Bank
13120 Pierce Street
Omaha, NE 68144


Citizens Bank
PO Box 490
Wisner, NE 68791


Citizens State Bank
754 Gold Coast Drive
Suite 101
Papillion, NE 68046

Citrus Group
5014 16th Ave. #124
Brooklyn, NY 11204

City of Gretna
PO Box 69
Gretna, NE 68028-0069

City of Valley
203 N. Spruce Street
Valley, NE 68064

Clear Recovery, Inc.
1024 K Street
Lincoln, NE 68508

Click Lease
1182 CJ 2400 St.
Salt Lake City, UT 84119

CNH Capital
PO Box 71264
Philadelphia, PA 19176

Contractor Solutions
PO Box 99
Altoona, IA 50009

Cramer   Anderson
51 Main Street
New Milford, CT 06776

Crushin It Inc.
20382 Patton Sreet
Gretna, NE 68028

Deven Khosla
Topline Recovery
1078 Summit Ave. #104
Jersey City, NJ 07307

EBF Holdings
dba Everest Business Funding
5 W. 37th St., #1100
New York, NY 10018

Farmers CoOp
PO Box 499
Gretna, NE 68028

Financial Pacific
PO Box 848779
Los Angeles, CA 90084

Ford Motor Credit
PO Box 650575
Dallas, TX 75265

G and G Funding Group LLC
57 West 57th Street
4th Floor
New York, NY 10019

Iruka Capital Group, LLC
162 Elmora Ave #211
Elizabeth, NJ 07202

John Deere
PO Box 4450
Carol Stream, IL 60197

John Ellis
1006 Burns Pl
Gretna, NE 68028

Juli Ellis
1006 Burns Pl
Gretna, NE 68028

Lease Consultants
PO Box 71397
Clive, IA 50325

Legend Advances
158 Heyward Street
Brooklyn, NY 11206

Lincoln Winnelson
700 Pioneer Blvd.
Lincoln, NE 68502

Loot Finanical Services Corp.
100 Summer Street
Boston, MA 02100


LSP Corporate Services, Inc.
1 Metrotech Center
Suite 1100
Brooklyn, NY 11201


NMC Cat
11002 Sapp Bros Drive
Omaha, NE 68138


Northeast Bank
PO Box 1707
Lewiston, ME 04241


Oak Capital
1312 17th Street
Suite #258
Denver, CO 80202-1508


Oak Capital Inc.
1312 17th Street
Suite # 258
Denver, CO 80202-1508


Old Castle
PO Box 742387
Los Angeles, CA 90074


OPPD
PO Box 3995
Omaha, NE 68103


Papillion Sanitation
13508 Fort Crook Rd S
Bellevue, NE 68123


Parkview Advance LLC
600 Summer Street, Ste. 204
Stamford, CT 06901

Primary Pipe
14709 Grover St.
Omaha, NE 68144


Pulse M
3601 Walnut St. #400
Denver, CO 80205


Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Ruby Receptionist
PO Box 353
Cambridge, MN 55008


Sapp Bros.
PO Box 45305
Omaha, NE 68145


Spartan Tools
1618 Terminal Road
Niles, MI 49120


State of Nebraska
Department of Revenue
PO Box 94818
Lincoln, NE 68509-4818


Stellantis
PO Box 205749
Dallas, TX 75320


Trekk Design Engineer
1411 E. 104th Street
Kansas City, MO 64131


United Health Group
PO Box 1459
Minneapolis, MN 55440-1459


United Rentals
PO Box 840514
Dallas, TX 75284

US Small Business Association
14925 Kingsport Road
Fort Worth, TX 76155


USG
2623 Center Street
Omaha, NE 68105


Verizon Wireless
PO Box 16810
Newark, NJ 07101


Westover Rock    Sand
c/o Koley Jessen
1125 S. 103rd St., #800
Omaha, NE 68124


Winn Supply
9737 I Street
Omaha, NE 68127


Zahav Asset Management, LLC
182 Grassy Plain
2nd Floor, Ste. B
Bethel, CT 06801

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gretna Plumbing and Drain Service LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEBRASKA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Azzure Capitol, LLC 18020 Avenue M Suite #695 Brooklyn, NY 11230 | | | Disputed | | | $35,000.00 |
| Barclays 700 Kansas Ln. Monroe, LA 71203 | | MCA - Loan | Disputed | | | $97,343.00 |
| Citizens State Bank 754 Gold Coast Drive Suite 101 Papillion, NE 68046 | | Loan | | | | $125,000.00 |
| Citrus Group 5014 16th Ave. #124 Brooklyn, NY 11204 | | MCA | Disputed | | | $400,000.00 |
| EBF Holdings dba Everest Business Funding 5 W. 37th St., #1100 New York, NY 10018 | | MCA | Disputed | | | $58,260.00 |
| G and G Funding Group LLC 57 West 57th Street 4th Floor New York, NY 10019 | | | Disputed | | | $100,000.00 |
| Iruka Capital Group, LLC 162 Elmora Ave #211 Elizabeth, NJ 07202 | | | Disputed | | | $110,000.00 |
| John Deere PO Box 4450 Carol Stream, IL 60197 | | UCC | | $87,414.00 | $70,000.00 | $17,414.00 |
| Legend Advances 158 Heyward Street Brooklyn, NY 11206 | | MCA | Disputed | | | $120,000.00 |

Debtor  **Gretna Plumbing and Drain Service LLC**                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Loot Finanical Services Corp. 100 Summer Street Boston, MA 02100 | | | Disputed | | | $25,000.00 |
| LSP Corporate Services, Inc. 1 Metrotech Center Suite 1100 Brooklyn, NY 11201 | | MCA | Disputed | | | $75,000.00 |
| NMC Cat 11002 Sapp Bros Drive Omaha, NE 68138 | | Unpaid due to Swain | Disputed | | | $81,448.00 |
| Oak Capital 1312 17th Street Suite #258 Denver, CO 80202-1508 | | MCA | Disputed | | | $54,250.00 |
| Old Castle PO Box 742387 Los Angeles, CA 90074 | | Credit card purchases | Disputed | | | $25,595.00 |
| Primary Pipe 14709 Grover St. Omaha, NE 68144 | | Supplies or Vendor | Disputed | | | $51,616.00 |
| Rapid Finance 4500 East West Highway, 6th Floor Bethesda, MD 20814 | | | Disputed | | | $59,000.00 |
| Sapp Bros. PO Box 45305 Omaha, NE 68145 | | | Disputed | | | $26,377.00 |
| United Rentals PO Box 840514 Dallas, TX 75284 | | | Disputed | | | $17,325.00 |
| Winn Supply 9737 I Street Omaha, NE 68127 | | Credit card purchases | Disputed | | | $61,783.00 |
| Zahav Asset Management, LLC 182 Grassy Plain 2nd Floor, Ste. B Bethel, CT 06801 | | MCA | Disputed | | | $90,000.00 |

# United States Bankruptcy Court
### District of Nebraska

In re:   Gretna Plumbing & Drain Service LLC _____          Case No. _____
Debtor(s)                                          Chapter _____11_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Gretna Plumbing & Drain Service LLC** in the above-captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**John A. Ellis
1006 Burns Pl.
Gretna, NE  68028**

☒     None *[Check if applicable]*

June 4, 2025 _____          */s/ Lauren R. Goodman* _____
Date                                             Lauren R. Goodman
                                                 Signature of Attorney or Litigant
                                                 Counsel for Gretna Plumbing & Drain Service LLC
                                                 McGrath North Mullin & Kratz PC LLO
                                                 First National Tower, Suite 3700
                                                 1601 Dodge Street
                                                 Omaha, NE  68102
                                                 402-341-3070
                                                 lgoodman@mcgrathnorth.com

# Gretna Plumbing & Drain Service LLC

## Quarterly Profit and Loss Summary

### January - March, 2025

| | JAN - MAR, 2025 | TOTAL |
|---|---|---|
| Income | | |
| 410000 Job Income | 558,596.05 | $558,596.05 |
| 460000 Refunds | 1,159.40 | $1,159.40 |
| 49900 Uncategorized Income | 247.00 | $247.00 |
| Re-deposit | 8,000.00 | $8,000.00 |
| Sales of Product Income | 8,050.00 | $8,050.00 |
| services | 5,369.50 | $5,369.50 |
| vizypay credit card | 94,450.23 | $94,450.23 |
| **Total Income** | **$675,872.18** | **$675,872.18** |
| Cost of Goods Sold | | |
| 500000 Cost of Sales | | $0.00 |
| 500100 Materials | 65,566.92 | $65,566.92 |
| 500600 Vendor Rebates | -336.00 | $ -336.00 |
| 500700 Subcontract | 7,282.00 | $7,282.00 |
| 500800 Permits | 596.95 | $596.95 |
| **Total 500000 Cost of Sales** | **73,109.87** | **$73,109.87** |
| 50800 Equipment Rental for Jobs | 3,049.95 | $3,049.95 |
| 51400 Job Materials Purchased | 38,451.00 | $38,451.00 |
| 52000 Other Job Related Costs | 2,707.90 | $2,707.90 |
| **Total Cost of Goods Sold** | **$117,318.72** | **$117,318.72** |
| **GROSS PROFIT** | **$558,553.46** | **$558,553.46** |
| Expenses | | |
| 60000 Office & Occupancy | 149.00 | $149.00 |
| 60040 Telephone Expense | 1,409.00 | $1,409.00 |
| 60060 Security Expense | 677.11 | $677.11 |
| 60070 Waste Expense | 358.77 | $358.77 |
| **Total 60000 Office & Occupancy** | **2,593.88** | **$2,593.88** |
| 600000 Advertising | 847.45 | $847.45 |
| 600500 Google | 5,539.41 | $5,539.41 |
| **Total 600000 Advertising** | **6,386.86** | **$6,386.86** |
| 60100 Auto and Truck Expenses | | $0.00 |
| 60110 Fuel | 6,825.66 | $6,825.66 |
| **Total 60100 Auto and Truck Expenses** | **6,825.66** | **$6,825.66** |
| 60200 Office/General Administrative Expenses | | $0.00 |
| 60210 Bank Service Charges | -13,897.67 | $ -13,897.67 |
| **Total 60200 Office/General Administrative Expenses** | **-13,897.67** | **$ -13,897.67** |
| 60510 Office & Administrative Fees | 194.28 | $194.28 |
| 60530 Payroll Processing | 18,098.17 | $18,098.17 |
| **Total 60510 Office & Administrative Fees** | **18,292.45** | **$18,292.45** |
| 60700 Uniforms | 3,126.64 | $3,126.64 |
| 60800 Business Licenses and Permits | 111.75 | $111.75 |
| 60900 Travel | 536.43 | $536.43 |
| 610000 Employee | | $0.00 |

| | JAN - MAR, 2025 | TOTAL |
|---|---|---|
| 610900 Group Health & Dental Insurance | 4,437.34 | $4,437.34 |
| **Total 610000 Employee** | **4,437.34** | **$4,437.34** |
| 610001 Taxes | | $0.00 |
| 631300 Personal Property Taxes | 16.46 | $16.46 |
| Payroll Tax Expense | 18,172.42 | $18,172.42 |
| **Total 610001 Taxes** | **18,188.88** | **$18,188.88** |
| 62000 Tools and Equipment | 4,374.50 | $4,374.50 |
| 63000 Insurance Expense | 26,910.06 | $26,910.06 |
| 630000 Facility | | $0.00 |
| 630200 Shop Supplies | 1,447.78 | $1,447.78 |
| 630500 Building Repair & Maintenance | 3,249.00 | $3,249.00 |
| 630600 Liability Insurance | -10,367.37 | $ -10,367.37 |
| 630700 Equipment Maint & Repairs | 425.85 | $425.85 |
| 630900 Utilities | 6,107.08 | $6,107.08 |
| **Total 630000 Facility** | **862.34** | **$862.34** |
| 64000 Interest Expense | 124,272.60 | $124,272.60 |
| 64100 Interest Paid - Pinnacle Bank | 3,984.00 | $3,984.00 |
| **Total 64000 Interest Expense** | **128,256.60** | **$128,256.60** |
| 640000 Vehicle/Fleet | 1,663.18 | $1,663.18 |
| 640300 Vehicle Repairs & Maintenance | 1,107.13 | $1,107.13 |
| 640400 Fuel | 666.11 | $666.11 |
| 640500 Licensing | 100.00 | $100.00 |
| **Total 640000 Vehicle/Fleet** | **3,536.42** | **$3,536.42** |
| 650000 Administrative Expenses | 5,733.77 | $5,733.77 |
| 650100 Business Licenses | 100.00 | $100.00 |
| 650300 Legal Fees | 2,523.20 | $2,523.20 |
| 650400 Membership & Professional Fees | 233.48 | $233.48 |
| 650700 Dues & Subscriptions | 2,509.77 | $2,509.77 |
| 650900 Office & Computer Supplies | 674.71 | $674.71 |
| 651200 Credit Card & Bank Fees | 355.98 | $355.98 |
| **Total 650000 Administrative Expenses** | **12,130.91** | **$12,130.91** |
| 70100 Payroll Expenses | 146,005.74 | $146,005.74 |
| Wages | 379.44 | $379.44 |
| **Total 70100 Payroll Expenses** | **146,385.18** | **$146,385.18** |
| Processing Fees | 28,619.73 | $28,619.73 |
| registration | 6,141.71 | $6,141.71 |
| **Total Expenses** | **$403,819.67** | **$403,819.67** |
| NET OPERATING INCOME | **$154,733.79** | **$154,733.79** |
| Other Expenses | | |
| void | 0.00 | $0.00 |
| **Total Other Expenses** | **$0.00** | **$0.00** |
| NET OTHER INCOME | **$0.00** | **$0.00** |
| NET INCOME | **$154,733.79** | **$154,733.79** |

Form **8879-CORP**

(December 2022)

Department of the Treasury
Internal Revenue Service

***E-file* Authorization for Corporations**

For calendar year 20 2 3 , or tax year beginning _____ , 20 ____ , ending _____ , 20 ____

**Use for *efile* authorizations for Form 1120, 1120-F or 1120S.**
**Do not send to the IRS. Keep for your records.**
**Go to *www.irs.gov/Form8879CORP* for the latest information.**

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| GRETNA PLUMBING & DRAIN SERVICE INC | ▓▓▓▓▓▓▓▓▓▓▓ |

**Part I    Information** (Whole dollars only)

| | | |
|---|---|---|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . | **1** |
| 2 | Total income (Form 1120-F, Section II, line 11) . . . . . . . . . | **2** |
| 3 | Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . . | **3** | 1,625,600. |

**Part II    Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐   I authorize _____ to enter my PIN [   ][   ][   ][   ][   ] as my signature
                                ERO firm name                                                                      do not enter all zeros
on the corporation's electronically filed income tax return.

☒   As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature  *GWD*  ~~~~~~~  Date  09-16-2024  Title  PRESIDENT

**Part III    Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature _____  Date  09/16/2024

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.        REV 06/17/24 PRO        Form **8879-CORP** (12-2022)
**BAA**

# Form 1120-S

**U.S. Income Tax Return for an S Corporation**

Department of the Treasury
Internal Revenue Service

Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2023**

For calendar year 2023 or tax year beginning _____ , 2023, ending _____ , 20 ___

| | | |
|---|---|---|
| **A** S election effective date  01/01/2015 | **TYPE OR PRINT** Name GRETNA PLUMBING & DRAIN SERVICE INC | **D** Employer identification number |
| **B** Business activity code number (see instructions) 238220 | Number, street, and room or suite no. If a P.O. box, see instructions. 988 BURNS PL | **E** Date incorporated 09/09/2014 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code GRETNA NE 68028 | **F** Total assets (see instructions) $ 1,723,576. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . 1

**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

## Income

| | | | |
|---|---|---|---|
| **1a** | Gross receipts or sales | 2,823,382. **b** Less returns and allowances _____ **c** Balance | **1c** | 2,823,382. |
| **2** | Cost of goods sold (attach Form 1125-A) | | **2** | 1,197,782. |
| **3** | Gross profit. Subtract line 2 from line 1c | | **3** | 1,625,600. |
| **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| **5** | Other income (loss) (see instructions—attach statement) | | **5** | |
| **6** | **Total income (loss).** Add lines 3 through 5 | | **6** | 1,625,600. |

## Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| **7** | Compensation of officers (see instructions—attach Form 1125-E) | **7** | |
| **8** | Salaries and wages (less employment credits) | **8** | 41,999. |
| **9** | Repairs and maintenance | **9** | 6,923. |
| **10** | Bad debts | **10** | |
| **11** | Rents | **11** | 24,711. |
| **12** | Taxes and licenses | **12** | 165,025. |
| **13** | Interest (see instructions) | **13** | 49,661. |
| **14** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | 2,213. |
| **15** | Depletion (**Do not deduct oil and gas depletion.**) | **15** | |
| **16** | Advertising | **16** | 51,469. |
| **17** | Pension, profit-sharing, etc., plans | **17** | 3,337. |
| **18** | Employee benefit programs | **18** | 12,704. |
| **19** | Energy efficient commercial buildings deduction (attach Form 7205) | **19** | |
| **20** | Other deductions (attach statement)  See Statement | **20** | 1,209,106. |
| **21** | **Total deductions.** Add lines 7 through 20 | **21** | 1,567,148. |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 6 | **22** | 58,452. |

## Tax and Payments

| | | | | |
|---|---|---|---|---|
| **23a** | Excess net passive income or LIFO recapture tax (see instructions) | **23a** | | |
| **b** | Tax from Schedule D (Form 1120-S) | **23b** | | |
| **c** | Add lines 23a and 23b (see instructions for additional taxes) | | **23c** | |
| **24a** | Current year's estimated tax payments and preceding year's overpayment credited to the current year | **24a** | | |
| **b** | Tax deposited with Form 7004 | **24b** | | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) | **24c** | | |
| **d** | Elective payment election amount from Form 3800 | **24d** | | |
| **z** | Add lines 24a through 24d | | **24z** | |
| **25** | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . ☐ | | **25** | |
| **26** | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | **26** | |
| **27** | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | **27** | |
| **28** | Enter amount from line 27: **Credited to 2024 estimated tax** _____ **Refunded** | | **28** | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title PRESIDENT

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

## Paid Preparer Use Only

| | | | |
|---|---|---|---|
| Print/Type preparer's name MARLA K. EMMENS | Preparer's signature | Date 09/16/2024 | Check ☐ if self-employed | PTIN P02084588 |
| Firm's name ▶ KW CPA LLP | | | Firm's EIN ▶ |
| Firm's address ▶ 620 N HWY 6 PO BOX 500 GRETNA NE 68028 | | | Phone no. (402) 332-3387 |

For Paperwork Reduction Act Notice, see separate instructions. BAA      REV 06/17/24 PRO      Form **1120-S** (2023)

Form 1120-S (2023)                                                                                                    Page **2**

| Schedule B | Other Information (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method: **a** ☒ Cash   **b** ☐ Accrual
    **c** ☐ Other (specify) _____

**2** See the instructions and enter the:
   **a** Business activity PLUMBING & DRAIN SERVICE   **b** Product or service PLUMBING & DRAIN SERVICE

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | | | | | × |

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . | | | | | × |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . | | | | | × |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . | | | | | × |
   If "Yes," complete lines (i) and (ii) below.
   **(i)**   Total shares of restricted stock . . . . . . . . . . . . _____
   **(ii)**  Total shares of non-restricted stock . . . . . . . . . . _____
**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | | | | | × |
   If "Yes," complete lines (i) and (ii) below.
   **(i)**   Total shares of stock outstanding at the end of the tax year . . . _____
   **(ii)**  Total shares of stock outstanding if all instruments were executed . _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . | | | | | × |

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ☐
   If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . | | | | | × |

**10** Does the corporation satisfy one or more of the following? See instructions | | | | | × |
   **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.
   **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense.
   **c** The corporation is a tax shelter and the corporation has business interest expense.
   If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions? | | | | | × |
   **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.
   **b** The corporation's total assets at the end of the tax year were less than $250,000.
   If "Yes," the corporation is not required to complete Schedules L and M-1.

REV 09/17/24 PRO                                                                                Form **1120-S** (2023)

Form 1120-S (2023)  Page **3**

| Schedule B | Other Information (see instructions) (continued) | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | | X |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? . . . . . . . . . | | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . $ | | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions . | | | X |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) . . . . . . . . . . . | 1 | 58,452. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . | 3a | |
| | b | Expenses from other rental activities (attach statement) . . . | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . | 5a | |
| | | b Qualified dividends . . . . . . . 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions)    Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . | 11 | |
| | 12a | Charitable contributions . . . . Cash contributions (60%) . . . . | 12a | 1,795. |
| | b | Investment interest expense . . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures . . . .    Type: | 12c | |
| | d | Other deductions (see instructions)    Type: | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions)  Type: | 13d | |
| | e | Other rental credits (see instructions)    Type: | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . | 13f | |
| | g | Other credits (see instructions)    Type: | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . | 15a | |
| | b | Adjusted gain or loss . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties—gross income . . . . | 15d | |
| | e | Oil, gas, and geothermal properties—deductions . . . . . | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . | 16c | 4,399. |
| | d | Distributions (attach statement if required) (see instructions) . . . | 16d | |
| | e | Repayment of loans from shareholders . . . . . . . | 16e | |
| | f | Foreign taxes paid or accrued . . . . . . . . . | 16f | |

REV 06/17/24 PRO    Form **1120-S** (2023)

Form 1120-S (2023)                                                                                                    Page **4**

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | | Total amount |
|---|---|---|---|---|
| **Other Information** | **17a** | Investment income . . . . . . . . . . . . . . . . . . . . . . . | **17a** | |
| | **b** | Investment expenses . . . . . . . . . . . . . . . . . . . . . | **17b** | |
| | **c** | Dividend distributions paid from accumulated earnings and profits . . . . . . . . . | **17c** | |
| | **d** | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | |
| **Reconciliation** | **18** | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f . . . . . . . . . | **18** | 56,657. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash . . . . . . . . . . . . | | | | 393,688. |
| 2a | Trade notes and accounts receivable . . . | | 84,147. | | |
| b | Less allowance for bad debts . . . . | ( ) | | ( ) | 84,147. |
| 3 | Inventories . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . | | | | |
| 6 | Other current assets (attach statement) . . . | | | | |
| 7 | Loans to shareholders . . . . . . . | | | | 841,719. |
| 8 | Mortgage and real estate loans . . . . . | | | | |
| 9 | Other investments (attach statement) . . . | | | | |
| 10a | Buildings and other depreciable assets . . . | | 600,423. | | |
| b | Less accumulated depreciation . . . . . | ( ) | | ( 196,401.) | 404,022. |
| 11a | Depletable assets . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . | | | | |
| b | Less accumulated amortization . . . . | ( ) | | ( ) | |
| 14 | Other assets (attach statement) . . . . . | | | | |
| 15 | Total assets . . . . . . . . . | | | | 1,723,576. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . | | | | 321,098. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | 790,205. |
| 18 | Other current liabilities (attach statement) Ln 18 St | | | | 166,109. |
| 19 | Loans from shareholders . . . . . . | | | | 393,906. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) . . . . | | | | |
| 22 | Capital stock . . . . . . . . . | | | | |
| 23 | Additional paid-in capital . . . . . . | | | | |
| 24 | Retained earnings . . . . . . . . | | | | 52,258. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock . . . . . . | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity . . | | | | 1,723,576. |

REV 06/17/24 PRO                                                                                    Form **1120-S** (2023)

Form 1120-S (2023)                                                                                          Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** | | |
| --- | --- | --- | --- |

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 | Net income (loss) per books . . . . | 52,258. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): _____ | | a | Tax-exempt interest $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ _____ | | a | Depreciation $ _____ | |
| b | Travel and entertainment $ \_\_\_\_4,399. | | 7 | Add lines 5 and 6 . . . . . . . | |
| | | 4,399. | 8 | Income (loss) (Schedule K, line 18). | |
| 4 | Add lines 1 through 3 . . . . . | 56,657. | | Subtract line 7 from line 4 . . . . | 56,657. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) | | | |
| --- | --- | --- | --- | --- |

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
| --- | --- | --- | --- | --- | --- |
| 1 | Balance at beginning of tax year . . . . . . | | | | |
| 2 | Ordinary income from page 1, line 22 . . . . | 58,452. | | | |
| 3 | Other additions . . . . . . . . . . . | | | | |
| 4 | Loss from page 1, line 22 . . . . . . . . | ( ) | | | |
| 5 | Other reductions   See M-2 Line 5 Stmt . . | ( 6,194. ) | | | ( ) |
| 6 | Combine lines 1 through 5 . . . . . . . | 52,258. | | | |
| 7 | Distributions . . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . | 52,258. | | | |

REV 06/17/24 PRO                                                                              Form **1120-S** (2023)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

► Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
► Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

Name

GRETNA PLUMBING & DRAIN SERVICE INC

Employer identification number

| | | | | |
|---|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | | |
| 2 | Purchases | 2 | | |
| 3 | Cost of labor | 3 | | |
| 4 | Additional section 263A costs (attach schedule) | 4 | | |
| 5 | Other costs (attach schedule) . . . . See Statement | 5 | 1,197,782 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,197,782 | |
| 7 | Inventory at end of year | 7 | | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,197,782 | |

**9a** Check all methods used for valuing closing inventory:

   *(i)* ☐ Cost

   *(ii)* ☐ Lower of cost or market

   *(iii)* ☐ Other (Specify method used and attach explanation.) ► ------------------------------------------------

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . ► ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . | 9d | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . ☐ Yes   ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes,"
attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

For Paperwork Reduction Act Notice, see instructions. BAA     REV 08/17/24 PRO     Form **1125-A** (Rev. 11-2018)

671121

| □ Final K-1 | □ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023, or tax year

beginning    /    / 2023    ending    /    /

## Shareholder's Share of Income, Deductions, Credits, etc.    See separate instructions.

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)  58,452. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis  C  4,399. |
| 10 | Other income (loss) | | |
| | | 17 | Other Information  V  * STMT |
| 11 | Section 179 deduction | | |
| 12 | Other deductions  A  1,795. | | |

### Part I    Information About the Corporation

**A**  Corporation's employer identification number
~~███████████~~

**B**  Corporation's name, address, city, state, and ZIP code
GRETNA PLUMBING & DRAIN SERVICE INC

988 BURNS PL
GRETNA NE 68028

**C**  IRS Center where corporation filed return
Ogden, UT  84201-0013

**D**  Corporation's total number of shares
Beginning of tax year . . . . . _____
End of tax year . . . . . . . _____

### Part II    Information About the Shareholder

**E**  ~~████~~'s identifying number
~~███~~7415

**F**  Shareholder's name, address, city, state, and ZIP code
JOHN ELLIS

1006 BURNS PL
GRETNA NE 68028

**G**  Current year allocation percentage . . .  100.00000 %

**H**  Shareholder's number of shares
Beginning of tax year . . . . . _____
End of tax year . . . . . . . _____

**I**  Loans from shareholder
Beginning of tax year . . . . . $ _____
End of tax year . . . . . . . $  393,906.

For IRS Use Only

| 18 | ☐ More than one activity for at-risk purposes* |
| 19 | ☐ More than one activity for passive activity purposes* |

\* See attached statement for additional information.

**Statement A—QBI Pass-through Entity Reporting**

| Corporation's name: GRETNA PLUMBING & DRAIN SERVICE INC | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: JOHN ELLIS | | Shareholder's identifying no: 7415 | |
| | 1120S, Line 21 | | |
| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . | 58,452. | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41,999. | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 199A dividends . . . . . | | | |

**Statement A—QBI Pass-through Entity Reporting**

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |
| | | | |
| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . | | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 199A dividends . . . . . | | | |

| Form 1120S | 199A Statement A Summary | 2023 |
|---|---|---|

QuickZoom to Other Copy _____                                    Page 1

Corporation's Name: GRETNA PLUMBING & DRAIN SERVICE INC    Corporation's EIN: ████████

|  | 1120S, Line 21 |  |  |
|---|---|---|---|
|  | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

|  |  |  |  |  |
|---|---|---|---|---|
| Ordinary business inc (loss) . | ___ | 58,452. | _____ | _____ |
| Rental income (loss) . . . . . | ___ | _____ | _____ | _____ |
| Royalty income (loss) . . . . . | ___ | _____ | _____ | _____ |
| Section 1231 gain (loss) . . . | ___ | _____ | _____ | _____ |
| Other income (loss) . . . . . . | ___ | _____ | _____ | _____ |
| Section 179 deduction . . . . | ___ | _____ | _____ | _____ |
| Other deductions . . . . . . . | ___ | _____ | _____ | _____ |
| W-2 wages . . . . . . . . . . | ___ | 41,999. | _____ | _____ |
| UBIA of qualified property . . . | ___ | _____ | _____ | _____ |

| Section 199A<br>dividends . . . . . . . . . . . | ___ | | | |

Corporation's Name: _____     Corporation's EIN: _____

| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| Ordinary business inc (loss) . | ___ _____ | _____ | _____ |
| Rental income (loss) . . . . . | ___ _____ | _____ | _____ |
| Royalty income (loss) . . . . . | ___ _____ | _____ | _____ |
| Section 1231 gain (loss) . . . | ___ _____ | _____ | _____ |
| Other income (loss) . . . . . . | ___ _____ | _____ | _____ |
| Section 179 deduction . . . . | ___ _____ | _____ | _____ |
| Other deductions . . . . . . . | ___ _____ | _____ | _____ |
| W-2 wages . . . . . . . . . . . | ___ _____ | _____ | _____ |
| UBIA of qualified property . . . | ___ _____ | _____ | _____ |
| Section 199A dividends . . . . | ___ _____ | | |

spsw9807.SCR  02/20/24

| **Form 1120S**<br>**Schedule L** | **Other Liabilities**<br>**and Adjustments to Shareholders' Equity** | **2023** |
|---|---|---|

Name
GRETNA PLUMBING & DRAIN SERVICE INC

Employer ID Number

| Other Current Liabilities: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| CCARDS | | 35,214. |
| ZAHAV ASSET MANAGEMENT | | 130,895. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 18** . . . . . . . . . . . ▶ | | 166,109. |

| Other Liabilities: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 21** . . . . . . . . . . . . . ▶ | | |

| Adjustments to Shareholders' Equity: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 25** . . . . . . . . . . . . . ▶ | | |

**Form 1120S**                          **Shareholders' Basis Report**                          **2023**
► Keep for your records

Note: For details of the current year activity, refer to each
Shareholder's S Corporation Shareholder Stock and Debt
Limitation Worksheet

| Name | EIN |
|---|---|
| GRETNA PLUMBING & DRAIN SERVICE INC |  |

### Total for All Shareholders

| Basis<br>Type | Beginning<br>Balance | Ending<br>Balance |
|---|---|---|
| Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | 52,258. |
| Debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | 52,258. |

spsw4001.SCR  02/06/23



## 199A Worksheet by Activity

► Keep for your records

**2023**

| Corporation's name | Corporation's EIN |
|---|---|
| GRETNA PLUMBING & DRAIN SERVICE INC | |

QuickZoom to 199A Summary . . . . ► _____

| Aggregation Code: ____ | Trade or Business: 1120S, Line 21 |
| | EIN: |

Is this activity a qualified trade/business? . . . . . . . [X] Yes [ ] No
Specified Service Trade or Business? . . . . . . . . . [ ] Yes [X] No

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | | |
|---|---|---|---|
| 1 a Ordinary business income (loss) . . . . . . . . . . . . . 1 a | 58,452. | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted ordinary business income (loss) . . . . . . . . . . . . . | | 1 c | 58,452. |
| 2 a Rental income (loss) . . . . . . . . . . . . . . . . . . 2 a | | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted rental income (loss) . . . . . . . . . . . . . . . | | 2 c | |
| 3 a Royalty income (loss) . . . . . . . . . . . . . . . . . 3 a | | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted royalty income (loss) . . . . . . . . . . . . . . . | | 3 c | |
| 4 a Section 1231 gain (loss) . . . . . . . . . . . . . . . . 4 a | | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted section 1231 gain (loss) . . . . . . . . . . . . | | 4 c | |
| 5 Other income (loss) . . . . . . . . . . . . . . . . . | | 5 | |
| 6 a Section 179 deduction . . . . . . . . . . . . . . . . 6 a | | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted section 179 deduction . . . . . . . . . . . . | | 6 c | |
| 7 Other deductions . . . . . . . . . . . . . . . . . . | | 7 | |
| 8 a W-2 wages . . . . . . . . . . . . . . . . . . . . 8 a | 41,999. | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted W-2 Wages . . . . . . . . . . . . . . . . | | 8 c | 41,999. |
| 9 a UBIA of qualified property . . . . . . . . . . . . . . 9 a | | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted UBIA of qualified property . . . . . . . . . . . . . | | 9 c | |

## Section 179 Carryover Detail for this Activity

| | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| Tentative Section 179 deduction from current year assets . . . . . | | |
| **Part I: Prior Year Carryovers by Year and Category** | | |
| A Before 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0. |
| B 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| C 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| D 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| E 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| F 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **Total prior year carryovers to this year** . . . . . . . . . . . | | |

| **Part II: 179 Deduction Allowed by Year and Category** | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| Total 179 deduction allowed for this activity in current year . . . . | | |
| A Amount allowed from 2023 . . . . . . . . . . . . . . . | | |
| B Amount allowed from before 2018 . . . . . . . . . . . . | | |
| C Amount allowed from 2018 . . . . . . . . . . . . . . . . | | |
| D Amount allowed from 2019 . . . . . . . . . . . . . . . . | | |
| E Amount allowed from 2020 . . . . . . . . . . . . . . . . | | |
| F Amount allowed from 2021 . . . . . . . . . . . . . . . . | | |
| G Amount allowed from 2022 . . . . . . . . . . . . . . . . | | |

| **Part III: Total Carryforward to 2024 by Year and Category** | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| A Carryforward from 2023 . . . . . . . . . . . . . . . . . | | |
| B Carryforward from before 2018 . . . . . . . . . . . . . | | |
| C Carryforward from 2018 . . . . . . . . . . . . . . . . . | | |
| D Carryforward from 2019 . . . . . . . . . . . . . . . . . | | |
| E Carryforward from 2020 . . . . . . . . . . . . . . . . . | | |
| F Carryforward from 2021 . . . . . . . . . . . . . . . . . | | |
| G Carryforward from 2022 . . . . . . . . . . . . . . . . . | | |
| **Total carryforward to next year** . . . . . . . . . . . . . . . | | |

spsw9906.SCR  08/28/23

'GRETNA PLUMBING & DRAIN SERVICE INC



1

# Additional Information From 2023 US Form 1120S: Income Tax Return for S Corp

**Form 1120S: S-Corporation Tax Return**
**Other Deductions**                                           Continuation Statement

| Description | Amount |
|---|---:|
| ACCOUNTING | 8,284. |
| AUTOMOBILE AND TRUCK EXPENSE | 80,305. |
| BANK CHARGES | 40,499. |
| CLEANING | 600. |
| DUES AND SUBSCRIPTIONS | 13,915. |
| EQUIPMENT RENT | 1,197. |
| INSURANCE | 108,860. |
| LEGAL AND PROFESSIONAL | 6,783. |
| MEALS (50%) | 4,399. |
| MISCELLANEOUS | 111,278. |
| OFFICE EXPENSE | 47,289. |
| OUTSIDE SERVICES | 1,734. |
| PERMITS AND FEES | 2,605. |
| POSTAGE | 66. |
| SECURITY | 914. |
| SUPPLIES | 3,643. |
| TELEPHONE | 11,389. |
| TOOLS | 1,795. |
| TRAVEL | 26,249. |
| UNIFORMS | 9,002. |
| UTILITIES | 12,648. |
| PAYROLL EXPENSES | 381,109. |
| FACILITY CHARGES | 20,603. |
| ADMIN EXPENSES | 298,081. |
| MEMBERSHIPS | 15,859. |
| **Total** | 1,209,106. |

**Form 1120S: S-Corporation Tax Return**
**Sch L, 10a(c)**                                           Itemization Statement

| Description | Amount |
|---|---:|
| | 49,468. |
| | 196,687. |
| | 354,268. |
| **Total** | 600,423. |

**Form 1120S: S-Corporation Tax Return**
**M-2 Line 5, Other Reductions**                           Continuation Statement

| Description | AAA Amount | OAA Amount |
|---|---:|---|
| CHARITABLE CONTRIBUTIONS | 1,795. | |
| MEALS AND ENTERTAINMENT | 4,399. | |
| **Total** | 6,194. | |

GRETNA PLUMBING & DRAIN SERVICE INC



2

## Form 1125-A: Cost of Goods Sold
**Other Costs Statement**

**Continuation Statement**

| Other Cost | | Other Amount |
|---|---|---|
| COGS | | 783,487 |
| EMPLOYEE REIMBURSEMENTS | | 6,791 |
| SUPPLIES | | 11,469 |
| EXPENDABLE TOOLS | | 3,264 |
| GENERAL EXPENSES | | 392,771 |
| | **Total** | 1,197,782 |

# United States Bankruptcy Court
## District of Nebraska

In re  **Gretna Plumbing and Drain Service LLC**                        Case No. _____
_____                                Chapter  **11**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Ellis**<br>**1006 Burns Pl**<br>**Gretna, NE 68028** | | **100%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  6/5/2025  |  10:11 AM EDT                    Signature  **John Ellis**
_____                               297894CB64624E7...

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Docusign Envelope ID: D4281965-0398-4B1C-95AD-8CFB9DA6A6B1

## CONSENT IN LIEU OF SPECIAL MEETING
## OF THE SOLE MEMBER
## OF GRETNA PLUMBING AND DRAIN SERVICES LLC

The undersigned, being the sole Member of **GRETNA PLUMBING AND DRAIN SERVICES LLC,** a Nebraska limited liability company, hereinafter referred to as the "Company," hereby consents, pursuant to the applicable laws of the State of Nebraska, to the adoption hereof and do hereby adopts the following resolutions and declares them to be in full force and effect as if adopted at a regularly or specially held meeting of the sole Member of the Company:

"**RESOLVED**, that the Company be and is hereby authorized to execute and file on its behalf a petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nebraska;

**FURTHER RESOLVED**, that the Company be and is hereby authorized to retain on its behalf the firm of McGrath North Mullin & Kratz, PC LLO, 3700 First National Tower, 1601 Dodge Street, Omaha, Nebraska 68102, to represent it in connection with such proceedings;

**FURTHER RESOLVED**, that John A. Ellis, sole Member of the Company, be and is hereby authorized to execute and file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United Bankruptcy Court for the District of Nebraska; and

**FURTHER RESOLVED**, that John A. Ellis is hereby designated to act on behalf of the Company in such proceedings, and is hereby authorized and directed to take such further actions by and on behalf of the Company as shall be either necessary or appropriate to further the purposes of the foregoing resolutions."

Date effective June 3, 2025.

SOLE MEMBER:

DocuSigned by:

John Ellis
2978DCBDA624E7...
John A. Ellis